PROB 12B
(7/93)

Report Date: September 21, 2012

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 4 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jon Michael Berroteran    Case Number: 2:07CR00147-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court

Date of Original Sentence: 9/5/2008    Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(9)

Date Supervision Commenced: 11/5/2010

Original Sentence: Prison - 30 Months;
TSR - 36 Months

Date Supervision Expires: 11/4/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On September 11, 2012, Mr. Berroteran reported to the U.S. Probation Office as directed and appeared under the influence of intoxicants. After questioning the offender, he admitted to consuming alcohol prior to his appointment with the undersigned officer. In addition, Jon Berroteran admitted to consuming marijuana and methamphetamine. As a result, Mr. Berroteran was directed to report to Spokane Detox, where he remained until his release on September 18, 2012.

Given Mr. Berroteran's unstable situation, placement at the residential reentry center (RRC) is being requested. The RRC will provide a structured stable environment while allowing him to work on his sobriety and searching for employment. In addition, Mr. Berroteran is being referred to the Sobriety Treatment and Education Program (STEP) for the Eastern District of Washington.

Prob 12B
**Re: Berroteran, Jon Michael**
**September 21, 2012**
**Page 2**

Attached is a signed waiver of hearing to modify conditions of supervised release indicating Jon Berroteran is in agreement with the above requested condition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/21/2012

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/24/12
Date