PROB 12C
(7/93)

Report Date: October 16, 2012

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 16 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jon Michael Berroteran        Case Number: 2:07CR00147-001

Address of Offender: Unknown

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/5/2008

| | |
|---|---|
| Original Offense: | Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(9) |
| Original Sentence: | Prison - 30 Months<br>TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 11/5/2010

Date Supervision Expires: 11/4/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Jon Berroteran failed to complete his written report within the first 5 days of the month. To date, no report has been received. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| 3 | **Special Condition # 22**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: On October 15, 2012, at approximately 11:30 p.m. the U.S. Probation Office was notified by a staff member at the RRC that Jon Berroteran had failed to return to their facility as directed. Mr. Berroteran checked out of the RRC at 7:45 a.m. on October 15, 2012, and was directed to return by 5:00 p.m. Instead of returning to the residential |

reentry center by 5:00 p.m., he reported for treatment services at ADEPT at 5:45 p.m., and failed to return to the RRC after his scheduled treatment session. On October 16, 2012, Mr. Berroteran's grandparents reported to the RRC to collect his belongings. His current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/16/2012

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

OCT 16 2012
Date