PROB 12C
(7/93)

Report Date: October 22, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 22 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jon Michael Berroteran          Case Number: 2:07CR00147-001

Address of Offender: Spokane County Jail, Spokane, WA

Name of Supervising Judicial Officer: Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/5/2008

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(9) | |
| Original Sentence: | Prison - 30 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 11/5/2010 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 11/4/2013 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/16/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 16, 2012, Spokane police responded to a vehicle collision. During the course of the investigation, officers learned that an altercation had occured prior to the collision between Mr. Berroteran and his girlfriend. Specifically, he punched her with a closed fist, and choked her to the point of unconsciousness. Following the assault, Mr.Berroteran left his girfriend's vehicle unattended on a hill, and allowed it to roll down a hill, leaving the roadway. The vehicle traveled through a residential yard colliding with a fire hydrant, over turned, and came to rest upside down in the roadway.<br><br>Charges have not yet been filed regarding this incident. |

Prob12C
Re: Berroteran, Jon Michael
October 22, 2012
Page 2

| | | |
|---|---|---|
| 5 | | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: On October 18, 2012, Jon Berroteran was arrested by the U.S. Marshals Service. At the time of his arrest, Jon Berroteran was in possession of methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/22/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

October 22, 2012
Date